IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 3:11-CV-3417-F |
| ENERPLUS RESOURCES (USA) CORP., f/k/a LYCO ENERGY CORPORATION | § § § | |
| Defendant. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 16 2013
CLERK, U.S. DISTRICT COURT
By _____K.T._____
Deputy 3:15 p.m.

## AGREED ORDER

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice. Having reviewed the motion, the Court is of the opinion that the motion should be **GRANTED**.

It is therefore, **ORDERED** that the parties' Agreed Motion to Dismiss with Prejudice is **GRANTED** and that Plaintiff's causes of action against Defendant and Defendant's causes of action against Plaintiff are hereby dismissed with prejudice.

It is further ordered that all costs be taxed against the party incurring same.

Signed this 16th day of May, 2013.

*Royal Furgeson*
**ROYAL FURGESON**
**SENIOR UNITED STATES DISTRICT JUDGE**